## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| LISA SHAW, ) | |
| 12280 Claysville ) | |
| Chandlersville, OH 43727 ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2:15-CV-02970 |
| ) | |
| ALLY FINANCIAL, INC., ) | |
| 200 Renaissance Center ) | |
| Detroit, MI 48234 ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff, LISA SHAW, ("Plaintiff"), through her attorney, Jack S. Malkin, Esq. and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), voluntarily dismisses this case against Defendant, ALLY FINANCIAL, INC.

RESPECTFULLY SUBMITTED,

December 11, 2015          By: /s/Jack S. Malkin, Esq. _____
                                                  Jack S. Malkin, Esq.
                                                  Ohio Bar Number: 0034018
                                                  20521 Chagrin Blvd., Suite E
                                                  Shaker Heights, OH 44122
                                                  Tel: 216-751-7708
                                                  jmalkin23@hotmail.com
                                                  Attorney for Plaintiff

## CERTIFICATE OF SERVICE

On December 11, 2015, I electronically filed the Notice of Voluntary Dismissal with the Clerk of the U.S. District Court, using the CM/ECF system.  I e-mailed a copy of the filed Notice of Voluntary Dismissal to Defense counsel, Jeffery A. Lipps, at lipps@carpenterlipps.com.

                                                            By: /s/Jack S. Malkin, Esq. _____
                                                                  Jack S. Malkin, Esq.